UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR 208 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MEMET BEQIRI | : | VIOLATION: |
| | : | 18 U.S.C. § 1001(a)(3) |
| | : | (Making and Using a False Document) |

INFORMATION

The United States Attorney charges:

Introductory Allegations

1.  At all times relevant to this Information, the defendant MEMET BEQIRI was the owner and general manager of New England Meat Packing, LLC, a federally inspected business located in Stafford Springs, Connecticut, engaged in the slaughtering, processing, selling, and transporting of meat and meat food products, including beef, veal, goat, and lamb products, for human consumption.

2.  Pursuant to 21 U.S.C. § 661(c)(1) and 9 C.F.R. § 331.2, the State of Connecticut has been designated as a State to which the provisions of Titles I and IV of the Federal Meat Inspection Act ("FMIA"), 21 U.S.C. § 601, *et seq.*, apply to qualifying operations and transactions within the state.

3.  The FMIA provides that meat and meat food products are an important source of the nation's food supply. As such, it is essential in the public interest that the health and welfare of consumers of meat and meat food products be protected by assuring that meat and meat food products distributed to consumers are wholesome, not adulterated, and properly marked, labeled

and packaged. Accordingly, pursuant to the United States Department of Agriculture's ("USDA") FMIA-approved plan for New England Meat Packing, LLC, the company was required to perform one generic E.Coli carcass swab per every 300 animals slaughtered and to periodically collect ground beef samples for E.Coli testing. Testing of the swabs and samples by a certified laboratory was required. The results of the testing were to be made available upon request to the USDA's Food Safety and Inspection Services, Office of Field Operations ("FSIS-OFO"), for inspection personnel to review.

4. The FMIA prohibited any person from knowingly making any false statement in any certificate required by the regulations prescribed.

## COUNT ONE
(Making and Using a False Document)

5. From on or about November 3, 2016, to on or about September 9, 2017, in the District of Connecticut, the defendant MEMET BEQIRI knowingly and willfully made and used false writings and documents, and willfully caused the making and use of false writings and documents, knowing them to contain materially false, fictitious, and fraudulent statements and entries in a matter within the jurisdiction of the executive branch of the Government of the United States; namely, 36 laboratory sample reports relating to 52 carcass swabs and ground beef samples, each bearing a purported certified testing laboratory's letterhead and laboratory director's signature, and each report made available for inspection by the USDA and FSIS-OFO, which reports falsely stated that carcass swabs and ground beef samples from New England Meat Packing, LLC, had been delivered to the identified laboratory for E.Coli testing and tested as negative, when in truth and fact, no carcass swabs and ground beef samples had been delivered to the identified laboratory for E.Coli testing or had been tested for E.Coli by the identified laboratory.

In violation of Title 18, United States Code, Sections 1001(a)(3) and 2.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
DEBORAH R. SLATER
ASSISTANT U.S. ATTORNEY